UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jesus Alberto DUENAS (D1),<br>and<br>Juan Francisco ESPINOZA (D2),<br><br>Defendants. | Magistrate Case No. **20MJ0794**<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

FILED
FEB 21 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

The undersigned complainant being duly sworn states:

On or about February 20, 2020, within the Southern District of California, Defendants, Jesus Alberto DUENAS (D1) and Juan Francisco ESPINOZA (D2), with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Ofelia GONZALES-Galvez and Jose Luis VEGA-Ambrocio, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 21st day of February, 2020.

_____
HONORABLE KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Ofelia GONZALES Galvez and Jose Luis VEGA Ambrocio, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 20, 2020 at approximately 10:15 A.M., Jesus Alberto DUENAS (D1) and Juan Francisco ESPINOZA (D2), both United States citizens, applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry primary vehicle lanes. D1 was the driver of a Ford Explorer bearing State of California license plates, stated he was going to Chula Vista, California with nothing to declare. During the course of the primary inspection, the Customs and Border Protection (CBP) Officer performed an inspection of the vehicle and discovered a non-factory compartment in the rear spare tire wheel well area with two unknown individuals concealed within. Assistance was immediately requested over radio communications with other CBP Officers responding. D1 and D2 were immediately secured and escorted to secondary for further investigation while the vehicle was driven to secondary for further inspection.

In secondary area of operations, responding CBP Officers assisted in removing the unknown concealed individuals from the compartment. They were later identified as Ofelia GONZALES Galvez (MW1) and Jose Luis VEGA Ambrocio (MW2), determined to be citizens of Mexico with no legal documents to enter, pass through or reside in the United States and are now being held as Material Witnesses.

Probable Cause Statement continued on page 2…

Continuation of Probable Cause Statement
RE:  U.S. v. Jesus Alberto DUENAS et al

At approximately 1:52 P.M., D2 was advised of his Miranda Rights and elected to make a statement.  D2 stated that D1 requested to be accompanied at his dental appointment in Tijuana today. D2 stated D1 had just purchased the vehicle and acquired it at a parking lot in Tijuana at approximately 8:30 A.M. today. D2 stated an unknown male surrendered the key to D1 and both traveled to the dental office. D2 stated that they traveled straight to the border from the dental office and were going straight home. D2 denied being aware of both concealed individuals' presence in the vehicle. After the interview, D2 was escorted back to a temporary detention cell beside D1's detention cell. A CBP Criminal Enforcement Unit Officer overheard D2 stating to D1: "you are supposed to tell them that it was you because I have a family and kids."

During a videotaped interview, both Material Witnesses admitted to being citizens of Mexico with no legal documents to enter into the United States. MW2 admitted to making the smuggling arrangements for them to be unlawfully transported into the United States from Mexico. Both Material Witnesses admitted to an agreed total payment of $3,000 US Dollars each to the human smuggling facilitators in Tijuana. Both Material Witnesses admitted to a final destination of Los Angeles, California to unlawfully reside and seek gainful employment.